# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **NATHAN D. SLATON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) CASE NO.  4:04-cv-03423-SLB |
| | ) |
| **Donal Campbell, Commissioner,** | ) |
| **Alabama Department of Corrections,** | ) |

## MEMORANDUM OPINION

Petitioner Nathan Slaton has filed a habeas corpus petition challenging his state court conviction and sentence.  *See* 28 U.S.C. § 2254.  After consideration of the same, the magistrate judge recommended that the claims be denied and the petition be dismissed with prejudice.  (Doc. 35).  No objections were filed.

The undersigned has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 35) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice.  An appropriate order will be entered.

**DONE**, this the 31st day of March, 2011.

*/s/ Sharon Lovelace Blackburn*
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE